JOHN K. FLOCK ESQ. (SBN 200183)
THARPE & HOWELL, LLP
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
Email: jflock@tharpe-howell.com

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ESTHER MELENDEZ,

                    Plaintiff,

v.

COSTCO WHOLESALE
CORPORATION, et al.

                  Defendants.

Case No. 5:23−cv−02386−FMO−MAA

**ORDER OF DISMISSAL**

      Pursuant to the Stipulation [23] of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: May 8, 2024

                                 /s/
                             HON. FERNANDO M.  OLGUIN
                             UNITED STATES DISTRICT JUDGE